NO JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. HEFLIN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, an individual; THE IRVINE COMPANY, INC., a California limited liability company; DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.  CV09-7587 R (AJWx) <br> Assigned to Hon. MANUEL REAL, Courtroom 8 <br><br> **JUDGMENT OF DISMISSAL AS TO DEFENDANT THE IRVINE COMPANY, LLC PURSUANT TO F.R.C.P. 12(b)(6)** |

Came on for consideration on December 7, 2009, defendant THE IRVINE COMPANY, LLC's motion to dismiss plaintiff's Complaint pursuant to F.R.C.P. 12(b)(6).  The Court Granted defendant's motion, having found that, in his Complaint, plaintiff MICHAEL C. HEFLIN failed to state a claim upon which relief can be granted, as a matter of law. Accordingly, it is therefore

ORDERED, ADJUDGED and DECREED that defendant THE IRVINE COMPANY, LLC's be and the same is hereby DISMISSED, with prejudice, from plaintiff's Complaint.

DATED: January 4, 2010

_____
MANUEL REAL
U.S. DISTRICT COURT JUDGE