# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV 09-7587-R                                                                 Date: **Feb. 1, 2010**

TITLE: MICHAEL C. HEFLIN V. COUNTY OF LOS ANGELES, et al.
==================================================================
PRESENT:

### HON. MANUEL L. REAL, JUDGE

| **William Horrell** | **Bridget Montero** |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:

Jason Fellner                                                                   Catherine Mathers


**PROCEEDINGS:** Defendants County of LA & L Baca's motion to dismiss 1st amended complaint (fld 1-4-10)


    **The Court hears arguments of counsel.**

    **The Court GRANTS defendants motion for reasons as stated on the record.**

    **Defendants shall submit a proposed order.**


                                                                                                                    **4 min**


**MINUTES FORM 90**                                                                       Initials of Deputy Clerk __WH__
**CIVIL -- GEN**