
1
2
3
4
5              JS-6
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MICHAEL C. HEFLIN, an individual, ) | CASE NO. CV09-7587 R (AJWx) |
| ) | *[Assigned to Hon. Manuel Real,* |
| Plaintiff, ) | *Courtroom 8]* |
| vs. ) | |
| ) | **ORDER GRANTING DEFENDANTS** |
| COUNTY OF LOS ANGELES, a ) | **COUNTY OF LOS ANGELES AND** |
| public entity; LOS ANGELES ) | **LEROY BACA'S MOTION TO** |
| COUNTY SHERIFF'S ) | **DISMISS PLAINTIFF'S FIRST** |
| DEPARTMENT, a public entity; ) | **AMENDED COMPLAINT** |
| LEROY BACA, an individual; THE ) | |
| IRVINE COMPANY, INC., a ) | |
| California limited liability company; ) | |
| DOES 1 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

On February 2, 2010, the Court heard and ruled upon the Motion to Dismiss filed on behalf of Defendants COUNTY OF LOS ANGELES.  Catherine M. Mathers of Collins Collins Muir + Stewart LLP appeared on behalf of COUNTY DEFENDANTS and Jason Fellner of Murphy, Pearson, Bradley & Feeney appeared on behalf of Plaintiff MICHAEL C. HEFLIN (hereinafter "PLAINTIFF").

///

///

1  The Court having considered the moving, opposition and reply papers and oral argument of counsel, ruled as follows:

   1. PLAINTIFF's request for the Court to remand this matter to state court prior to ruling on COUNTY DEFENDANTS' Motion to Dismiss was denied.

   2. As to PLAINTIFF's First Cause of Action for General Negligence (California *Government Code* §815.2), PLAINTIFF failed to state a claim in that there are no facts alleged to support a finding that Robert McClain was acting within the scope of employment. Additionally, there are no facts alleged to support a finding that there was a special relationship between COUNTY DEFENDANTS' employees and PLAINTIFF. There was no duty on the part of COUNTY DEFENDANTS to prevent the attack on PLAINTIFF.

   3. As to PLAINTIFF's Second Cause of Action for Violations of Mandatory Duties (California *Government Code* §815.6), PLAINTIFF failed to state a claim in that the codes and regulations alleged by PLAINTIFF describes a duty to investigate which involves the exercise of discretion thus cannot form the basis of liability under *Government Code* § 815.6.

   Accordingly, COUNTY DEFENDANTS' Motion to Dismiss the First Amended Complaint is granted in its entirety without leave to amend.

   IT IS SO ORDERED.

DATED: February 09, 2010_____

_____
HONORABLE MANUEL L. REAL
United States District Judge

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

State of California,          )
                              ) ss.
**County of Los Angeles**     )

　　　I am employed in the County of　　☒ **Los Angeles**　　☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒　1100 El Centro Street, **South Pasadena**, California 91030.

☐　750 The City Drive, Suite 400, **Orange**, CA  92868-4940

　　　On this date, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF LOS ANGELES AND LEROY BACA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

　　Mark S. Perelman, Esq.
　　Thomas P. Mazzucco, Esq.
　　Jason E. Fellner, Esq.
　　MURPHY, PEARSON, BRADLEY & FEENEY
　　88 Kearny Street, 10th Floor
　　San Francisco, CA 94108
　　(415) 788-1900 – FAX: (415) 393-8087
　　mperelman@mpbf.com
　　tmazzucco@mpbf.com
　　jfellner@mpbf.com
　　**ATTORNEYS FOR PLAINTIFF, MICHAEL C. HEFLIN**

☐　**(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Orange**, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Orange,** California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐　**(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena/Orange**, California.

☐　**BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒　**(BY ELECTRONIC FILING AND/OR  SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐　**FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐　**(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626) 243-1111 (So. Pasadena) or (714) 823-4101 (Orange)** indicated all pages were transmitted.

☐　**(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **February 8, 2010** at: **South Pasadena**, California.

☐　**(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒　**(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VERONICA CHAVEZ

*C:\Temp\notesFFF692\[PROPOSED] ORDER GRANTING MTN TO DISMISS FAC.doc*

**[PROPOSED] ORDER GRANTING COUNTY DEFTS.' MOTION TO DISMISS FAC**