Thomas P. Mazzucco - 139758
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Plaintiff
MICHAEL C. HEFLIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. HEFLIN, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, an individual; DOES 1 through 10, inclusive,, <br><br> Defendants. | Case No.: CV 09-7587-R <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that MICHAEL C. HEFLIN, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order granting defendants County of Los Angeles and LeRoy Baca's Motion to Dismiss Plaintiff's First Amended Complaint without leave to amend entered in this action on the 9th day of February, 2010. A copy of the Order is attached to this Notice of Appeal as Exhibit "1."

**REPRESENTATION STATEMENT**

Counsel for Plaintiff MICHAEL C. HEFLIN is as follows:
    Mark S. Perelman
    Thomas P. Mazzucco
    Jason E. Fellner
    MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
    San Francisco, CA 94108
    Phone: (415) 788-1900
    Fax: (415) 393-8087

Counsel for Defendant COUNTY OF LOS ANGELES and LEROY BACA

Catherine M. Mathers
COLLINS COLLINS MUIR + STEWART, LLP
1100 El Centro Street
South Pasadena, CA  91030

**PLAINTIFF'S CIVIL APPEALS DOCKETING STATEMENT**

Pursuant to Ninth Circuit Rule 3-4, Appellant's Civil Appeals Docketing Statement is lodged concurrently herewith.

Dated: March 1, 2010

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Mark S. Perelman
Thomas P. Mazzucco
Jason E. Fellner
Attorneys for Plaintiff
MICHAEL C. HEFLIN

JEF.20085217.doc

## CERTIFICATE OF SERVICE

I, Tanya L. Hill, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On March 1, 2010, I served the following document(s) on the parties in the within action:

**NOTICE OF APPEAL**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Catherine M. Mathers  
Collins Collins Muir + Stewart, LLP  
1100 El Centro Street  
South Pasadena, CA  91030

Attorney For County of Los Angeles and Leroy Baca  
DEFENDANTS

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 1, 2010.

By _____
Tanya L. Hill

# EXHIBIT 1

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. HEFLIN, an individual, ) | CASE NO. CV09-7587 R (AJWx) |
| ) | *[Assigned to Hon. Manuel Real,* |
| Plaintiff, ) | *Courtroom 8]* |
| vs. ) | |
| ) | **ORDER GRANTING DEFENDANTS** |
| COUNTY OF LOS ANGELES, a ) | **COUNTY OF LOS ANGELES AND** |
| public entity; LOS ANGELES ) | **LEROY BACA'S MOTION TO** |
| COUNTY SHERIFF'S ) | **DISMISS PLAINTIFF'S FIRST** |
| DEPARTMENT, a public entity; ) | **AMENDED COMPLAINT** |
| LEROY BACA, an individual; THE ) | |
| IRVINE COMPANY, INC., a ) | |
| California limited liability company; ) | |
| DOES 1 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

On February 2, 2010, the Court heard and ruled upon the Motion to Dismiss filed on behalf of Defendants COUNTY OF LOS ANGELES. Catherine M. Mathers of Collins Collins Muir + Stewart LLP appeared on behalf of COUNTY DEFENDANTS and Jason Fellner of Murphy, Pearson, Bradley & Feeney appeared on behalf of Plaintiff MICHAEL C. HEFLIN (hereinafter "PLAINTIFF").

///

///

1  The Court having considered the moving, opposition and reply papers and
2  oral argument of counsel, ruled as follows:
3      1.   PLAINTIFF's request for the Court to remand this matter to state court
4  prior to ruling on COUNTY DEFENDANTS' Motion to Dismiss was denied.
5      2.   As to PLAINTIFF's First Cause of Action for General Negligence
6  (California *Government Code* §815.2), PLAINTIFF failed to state a claim in that
7  there are no facts alleged to support a finding that Robert McClain was acting within
8  the scope of employment. Additionally, there are no facts alleged to support a
9  finding that there was a special relationship between COUNTY DEFENDANTS'
10 employees and PLAINTIFF. There was no duty on the part of COUNTY
11 DEFENDANTS to prevent the attack on PLAINTIFF.
12     3.   As to PLAINTIFF's Second Cause of Action for Violations of
13 Mandatory Duties (California *Government Code* §815.6), PLAINTIFF failed to state
14 a claim in that the codes and regulations alleged by PLAINTIFF describes a duty to
15 investigate which involves the exercise of discretion thus cannot form the basis of
16 liability under *Government Code* § 815.6.
17     Accordingly, COUNTY DEFENDANTS' Motion to Dismiss the First
18 Amended Complaint is granted in its entirety without leave to amend.
19     IT IS SO ORDERED.
20
21 DATED: February 09, 2010
22
                                    _____
23                                  HONORABLE MANUEL L. REAL
                                    United States District Judge
24
25
26
27
28

**PROOF OF SERVICE**
(CCP §§ 1013(a) and 2015.5)

State of California,        )
                            ) ss.
County of Los Angeles       )

    I am employed in the County of ☒ **Los Angeles** ☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒ 1100 El Centro Street, **South Pasadena**, California 91030.

☐ 750 The City Drive, Suite 400, **Orange**, CA 92868-4940

    On this date, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF LOS ANGELES AND LEROY BACA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Mark S. Perelman, Esq.
Thomas P. Mazzucco, Esq.
Jason E. Fellner, Esq.
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108
(415) 788-1900 – FAX: (415) 393-8087
mperelman@mpbf.com
tmazzucco@mpbf.com
jfellner@mpbf.com
**ATTORNEYS FOR PLAINTIFF, MICHAEL C. HEFLIN**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Orange**, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Orange,** California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena/Orange**, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626) 243-1111 (So. Pasadena)** or **(714) 823-4101 (Orange)** indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **February 8, 2010** at: **South Pasadena**, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
VERONICA CHAVEZ

*C:\Temp\notesFFF692\[PROPOSED] ORDER GRANTING MTN TO DISMISS FAC.doc*

3

**[PROPOSED] ORDER GRANTING COUNTY DEFTS.' MOTION TO DISMISS FAC**